**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CARY CLAAR,** | ) | |
| | ) | **8:07CV156** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ARCHDIOCESE OF OMAHA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

　　　　This matter is before the court *sua sponte.* On June 11, 2007, the court notified the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 8. No such report has been filed. However, the court notes that a motion to dismiss (Filing No. 12) has been filed in this case. Therefore,

　　　　**IT IS ORDERED:**

　　　　The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 12), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

　　　　DATED this 24th day of July, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　 s/Thomas D. Thalken
　　　　　　　　　　　　　　　　United States Magistrate Judge